UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONNY POWE,<br><br>　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00507-MMD-CLB<br><br>ORDER |

This is a *habeas corpus* action under 28 U.S.C. § 2254. Petitioner Ronny Powe filed an application to proceed *in forma pauperis* (ECF No. 1). Petitioner has enough money to pay the filing fee of $5.00.

It is therefore ordered that Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is denied. Petitioner will have 45 days from the date this order is entered to have the $5.00 filing fee sent to the Clerk of Court. Failure to comply will result in the dismissal of this action.

It is further ordered that the Clerk of Court send Petitioner two copies of this order. Petitioner must make the necessary arrangements to have a copy of this order attached to the check paying the filing fee.

DATED THIS 10th Day of September 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE