# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONNY POWE, <br>                  Petitioner, <br> v. <br> ISIDRO BACA, *et al.*, <br>                  Respondents. | Case No. 3:20-cv-00507-MMD-CLB <br><br> ORDER |

Petitioner Ronny Powe has filed a motion for enlargement of time. (ECF No. 13 ("Motion").) The Court finds good cause exists to grant the Motion. Petitioner will have up to and including March 15, 2021, to file a response to the motion to dismiss (ECF No. 9).

DATED THIS 3rd Day of February 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE